

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:       D&M Marine, Inc. d/b/a Phipps & Company Homes v. J. Neal Turner
                                        and Kerie B. Turner

Appellate case number:    01-12-00622-CV

Trial court case number:   2008-60228-393

Trial court:                     431st District Court of Denton County

         It is ordered that the motion for rehearing is **DENIED**.


Judge's signature:  /s/ Laura Carter Higley
                            Acting for the Court

Panel consists of Justices Keyes, Higley, and Bland.


Date: July 30, 2013